IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOE MOORE,                    )<br>                               )<br>     Plaintiff,               )<br>                               )<br>     v.                        )<br>                               )<br> TRAVIS ARRINDEL, et al.,      )<br>                               )<br>     Defendants.              ) | CIVIL ACTION NO.<br> 2:26cv203-MHT<br> (WO) |

OPINION

Plaintiff, who is pro se and proceeding in forma pauperis, filed this lawsuit asserting a violation of due process.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because the court's orders sent to plaintiff have been returned undeliverable and the case cannot proceed without plaintiff's involvement.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of June, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**