IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOE MOORE,                    )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )         2:26cv203-MHT
                              )            (WO)
TRAVIS ARRINDEL, et al.,      )
                              )
     Defendants.              )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 13) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failure to prosecute by not providing the court with a current address.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of June, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2